**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

                 -against-

**PEDRO PENA,**

                 **Defendant.**

-----------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 2/23/2026

**26-CR-00023 (SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

     IT IS HEREBY ORDERED that the defendant shall appear for a sentencing on Thursday, May 28, 2026, at 11:00 a.m. in Courtroom 219, 40 Foley Square, New York, New York. The defendant's sentencing submission shall be filed on ECF no later than two weeks in advance of the sentencing. The Government's sentencing submission shall be filed on ECF no later than one week in advance of the sentencing. The Clerk or Court is is respectfully directed to terminate the pending motion at ECF. No. 32.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      February 23, 2026
             New York, New York