**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

           -against-                        **26-CR-00023 (SN)**

**PEDRO PENA,**                              **ORDER**

                    **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      The sentencing scheduled for Thursday, May 28, 2026, is RESCHEDULED for

Wednesday, May 27, 2026, at 2:00 p.m. in Courtroom 5A, 500 Pearl Street, New York, New

York.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      May 18, 2026
             New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 5/18/2026