USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 7/8/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

**THE UNITED STATES OF AMERICA,**

**-against-**

**PEDRO PENA,**

**Defendant.**

----------------------------------------------------------------X

**26-CR-00023 (SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

The sentencing scheduled for July 8, 2026, is RESCHEDULED for July 21, 2026, at 11:00 a.m. in Courtroom 219, 40 Foley Square, New York, New York.

**SO ORDERED**.

SARAH NETBURN
United States Magistrate Judge

DATED: July 8, 2026 New York, New York