USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/10/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**---------------------------------------------------------------X**

**THE UNITED STATES OF AMERICA,**

**-against-**

**PEDRO PENA,**

**Defendant.**

**---------------------------------------------------------------X**

**26-CR-00023 (SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

Defendant's sentencing is scheduled for Tuesday, July 21, 2026. See ECF No. 39. As discussed at the July 8, 2026 proceeding, the Court requests that the parties meet and confer to discuss whether an agreement can be reached to allow the Defendant to self-deport under circumstances that are satisfactory to the United States Government.

To assist in those negotiations, the Court has identified multiple occasions in this Circuit where, in advance of a defendant's sentencing, the court entered an Order of Judicial Removal that effectively approved an application submitted by the Government setting forth certain conditions for removal. See, e.g., United States v. Hernandez Gamboa, No. 24-CR-00686-DLC, at ECF No. 53 (S.D.N.Y. Mar. 13, 2025); United States v. Ramsay, No. 24-CR-00478-NJC, at ECF No. 35 (E.D.N.Y. Mar. 6, 2025); United States v. Lemus Castro, No. 21-CR-00287-AT, at ECF No. 59 (S.D.N.Y. Mar. 26, 2024); United States v. Ashe, et al., No. 15-CR-00706-VSB, at ECF No. 782 (S.D.N.Y. June 7, 2018).

In particular, in United States v. Ramsay, the court entered an Order of Judicial Removal that approved an agreement between the parties whereby the defendant specifically agreed to meet U.S. Immigration and Customs Enforcement officials at the airport for removal from the

United States. See Ramsay, ECF No. 35 at 8. The Court encourages the parties to work cooperatively to reach a similar agreement regarding Defendant's conditions for removal.

Accordingly, by no later than Friday, July 17, 2026, the parties are directed to meet and confer to discuss whether to submit a Notice of Intent to Request Judicial Removal and an accompanying Plea Statement in Support of Judicial Removal.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: July 10, 2026
New York, New York