UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – – – X

UNITED STATES OF AMERICA

– against –

PEDRO PENA,

Defendant.

– – – – – – – – – – – – – – – – – – – – X

ORDER OF JUDICIAL REMOVAL

Criminal Docket No. 26 Cr. 00023 (SN)

Upon the application of the United States of America, by Varun Gumaste Assistant United States Attorney, Southern District of New York; upon the Factual Allegations in Support of Judicial Removal; upon the consent of PEDRO PENA (the "defendant"); and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native and citizen of the Dominican Republic.

3. The defendant was admitted to the United States on or about May 12, 1992, at Mesa, Arizona, on a non-immigrant temporary employment visa (H1B). On or about April 17, 1999, the defendant was conferred Lawful Permanent Resident status by the United States Citizenship and Immigration Services.

4. On or about October 9, 2002, the defendant was convicted in the United States District Court for the Southern District of New York of distribution and possession with intent to distribute 3,4-methylenedioxy methamphetamine ("MDMA") in violation of Title 21, United States Code, Sections 812, 841(a)(1), and

841(b)(1)(C). The defendant was sentenced to a term of imprisonment of seven years and three months, followed by three years of supervised release.

5. The defendant was thereafter placed into removal proceedings when he was served with a Notice to Appear ("NTA") on or about March 24, 2008, and charged as inadmissible under Sections 237(a)(2)(A)(iii) and 237(a)(2)(B)(i) of the Immigration and Nationality Act of 1952, as amended, (the "Act" or "INA"), 8 U.S.C. §§ 1227(a)(2)(A)(iii) and 1227(a)(2)(B)(i).

6. On or about April 23, 2008, an Immigration Judge issued an order that terminated the defendant's Lawful Permanent Resident status and ordered him removed to the Dominican Republic. On May 21, 2008, the defendant was physically removed to the Dominican Republic. Sometime after, he reentered the United States at an unknown location without having been admitted or paroled.

7. At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court, Southern District of New York, of the following offense: improper entry by alien, in violation of 8 U.S.C. § 1325(a).

8. The total maximum sentence of incarceration is six months of imprisonment.

9. The defendant is, and at time of sentencing will be, subject to removal from the United States pursuant to: (1) Section 212(a)(6)(A)(i) of the Immigration and Nationality Act of 1952, as amended ("Act" or "INA"), 8 U.S.C. § 1182(a)(6)(A)(i), as an alien who is present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General; (2) INA Section 212(a)(7)(A)(i)(I), 8 U.S.C. § 1182(a)(7)(A)(i)(I), as an immigrant who, at the time of application for

admission, is not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Act, and a valid unexpired passport, or other suitable travel document, or document of identity and nationality as required under the regulations issued by the Attorney General under Section 211(a) of the Act.; and (3) INA Section 212(a)(9)(C)(i)(II), 8 U.S.C. § 1182(a)(9)(C)(i)(II), as an alien who has been ordered removed under Section 235(b)(2), Section 240, or any other provision of law, and who enters or attempts to reenter the United States without being admitted.

10. The defendant has waived his right to notice and a hearing under Section 238(c) of the Immigration and Nationality Act of 1952, as amended, (the "Act" or "INA"), 8 U.S.C. § 1228(c).

11. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

12. The defendant has designated the Dominican Republic as the country for removal pursuant to Section 240(d) of the Act, 8 U.S.C. § 1229a(d).

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238(c) of the Act, 8 U.S.C. § 1228(c), that the defendant shall be removed from the United States promptly upon his release from confinement, or, if the defendant is not sentenced to a term of imprisonment, promptly upon his sentencing, and that the defendant be ordered removed to the Dominican Republic.

Dated: New York, New York
August 4, 2026

HONORABLE SARAH NETBURN
UNITED STATES MAGISTRATE JUDGE